April 18, 2008

Mr. Ronald G. Hole
Hole & Alvarez, P.C.
612 W. Nolana, Suite 370
McAllen, TX 78504
Mr. Robert J. Talaska
The Talaska Law Firm P.L.L.C.
1415 North Loop West, Suite 200
Houston, TX 77008

RE: Case Number: 05-0928
 Court of Appeals Number: 13-04-00480-CV
 Trial Court Number: C-2173-03-D

Style: RICARDO BARRERA, M.D.
 v.
 ISELA RICO AND MANUEL RICO, INDIVIDUALLY AND AS PARENTS AND NEXT
 FRIENDS OF GLORIA RICO, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Respondent's Motion to
Supplement Response Brief on the Merits is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Honorable Darrell |
| |Hester |
| |Ms. Cathy Wilborn |
| |Mr. Omar Guerrero |